Order issued November 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00216-CV

**MERITAGE HOMES OF TEXAS, LLC, Appellant**

**V.**

**THE STODDARD GROUP, LTD., Appellee**

## ORDER

We **GRANT** appellant's unopposed November 14, 2012 motion to abate the appeal pending settlement. We **ABATE** the appeal. The appeal will be reinstated thirty days from the date of this order or when the Court receives a motion to dismiss whichever occurs sooner.

CAROLYN WRIGHT
CHIEF JUSTICE